**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2087

LORIA THOMAS,

Plaintiff - Appellant,

versus

PALMETTO MANAGEMENT SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Cameron McGowan Currie, District Judge.  (3:05-cv-00017-CMC)

Submitted: July 24, 2007                  Decided:  July 26, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Loria Thomas, Appellant Pro Se.  Stephen Terry Savitz, Christopher W. Johnson, GIGNILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Loria Thomas appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the defendant on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Palmetto Mgt. Servs., No. 3:05-cv-00017-CMC (D.S.C. Sept. 11, 2006). We grant the Appellee's motion to strike the appendix attached to Thomas' informal brief and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED